UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-235-1D
NO. 5:14-CR-235-2D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE EMILIO OLIVERAS-SANTOS | ) | |
| ABRAHAM CANSECO GARCIA | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 39 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 12 day of March, 2015.

JAMES C. DEVER III
Chief United States District Judge